Re: <u>Lu v. Hermans, No. 24-CV-1023 (LTS)</u>

SIGNATURE PAGES ATTACHED




Dated: February 12, 2024
    Valhalla, New York

Respectfully submitted,

/s/ Jianqiao Lu
Jianqiao Lu (He/Him/His)
*Pro Se* Plaintiff[10]

WCDOC #265008
PO Box 10
Valhalla, NY 10595-0010
lu@luvhermans.com



---

[10] To expedite filing and improve legibility, this document was telephonically transcribed by a non-incarcerated individual under my direction. No attorney assisted in the preparation of this complaint.

15

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed in Valhalla, New York    /s/ Jianqiao Lu
On February 12, 2024              Jianqiao Lu



RECEIVED FEB 22 2024 U.S.D.C. W.P.

16

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts or inheritances | ☐ Yes | ☒ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☒ No |
| (g) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:
**I am incarcerated. I have no expenses to pay.**

4. How much money do you have in cash or in a checking, savings, or inmate account?
**Approx. $2,500**

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:
**No**

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:
**No**

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):
**None**

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:
**Chase Bank: approx. $25,000**
**BMW Financial Service: approx. $3,000**

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| 2/12/2024 | /s/ Jiangiao Lu |
|---|---|
| Dated | Signature |
| LU, Jianqiao | 265008 |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| PO Box 10 | Valhalla | NY | 10595-0010 |
|---|---|---|---|
| Address | City | State | Zip Code |

| (914) 602-5782 | lu@luvhermans.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JIANQIAO LU

_____
(full name of the plaintiff/petitioner)

-against-

GOERGE HERMANS, SULAHUDDEEN AZIM,

_____

WESTCHESTER COUNTY

_____
(full name(s) of the defendant(s)/respondent(s))

CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

RECEIVED
FEB 22 2024
U.S.D.C.
W.P.

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

2/12/2024
_____
Date

/s/ Jianqiao Lu
_____
Signature

LU, Jianqiao

265008

| Name (Last, First, MI) | | Prison Identification # | |
|---|---|---|---|
| PO Box 10 | Valhalla | NY | 10595-0010 |
| Address | City | State | Zip Code |

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

JIANQIAO LU
WCDOC #265008
PO Box 10
Valhalla NY 10595-0010

RECEIVED FEB 22 2024 U.S.D.C. W.P.

WESTCHESTER NY 105
20 FEB 2024 PM 1



PRO SE INTAKE UNIT
CHARLES L BRIEANT JR COURTHOUSE
300 QUARROPAS ST
WHITE PLAINS  NY  10601-4150