UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JIANQIAO LU,

                    Plaintiff,

                    -against-

GEORGE HERMANS, SULAHUDDEEN AZIM,
and WESTCHESTER COUNTY,

                    Defendants.

-------------------------------------------------------------------x

**NOTICE OF MOTION**

24-cv-1023 (NSR)

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Robert Taglia, Assistant County Attorney, of Counsel to John M. Nonna, Westchester County Attorney, Attorney for Defendants George Hermans, Sulahuddeen Azim, and Westchester County, (hereinafter collectively referred to as "County Defendants") and all of the accompanying Exhibits, the Memorandum of Law in support and proceedings heretofore had herein, County Defendants will move this Court before the Honorable Nelson S. Roman, United States District Judge, Southern District of New York, United States Courthouse, 300 Quarropas Street, White Plains, New York, requesting an Order dismissing the Complaint (Dkt. No. 1) pursuant to Rule 12(b), section (6) of the Federal Rules of Civil Procedure and for such other relief as this Honorable Court deems just and proper.

In Accordance with the Court's Order dated April 26, 2024, (Dkt. No. 20), Opposition papers, if any, shall be served on or before **July 10, 2024**, and Reply papers, if any, shall be served on or before **July 25, 2024**.  All of the motion papers shall be filed on **July 25, 2024.**

Pursuant to Federal Rule of Civil Procedure 12(a), County Defendants respectfully request that all initial disclosures and discovery for this action be stayed pending the outcome of this Motion.

Dated: June 10, 204
      White Plains, New York

**JOHN M. NONNA**
Westchester County Attorney
*Counsel for County Defendants*

*Robert Taglia*
By:  Robert Taglia, Esq.
Assistant County Attorney
148 Martine Avenue, Suite 600
White Plains, New York 10601
(914) 995-5103
rbta@WestchesterCountyNY.gov

To:    **Jianqiao Lu**
      Pro se Plaintiff
      WCDOC
      PO Box 10
      Valhalla, NY 10595-0010