UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JIANQIAO LU,

                Plaintiff,

-against-

GEORGE HERMANS, SULAHUDDEEN AZIM, and
WESTCHESTER COUNTY,

                Defendants.
-------------------------------------------------------------------x

**DECLARATION OF ROBERT TAGLIA IN SUPPORT OF MOTION TO DISMISS**

24-cv-01023 (NSR)

**ROBERT TAGLIA,** an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney in the Office of John M. Nonna, Westchester County Attorney, counsel for Defendants Westchester County, Captain George Hermans, and Captain Sullahuddeen Azim, (hereinafter collectively referred to as "County Defendants") in the above-captioned action. I submit this Declaration in support of County Defendants' motion to dismiss.

2. Attached to this Declaration as **Exhibit A** is a copy of Plaintiff's Complaint filed on February 12, 2024. (Dkt. No. 1).

3. Attached as **Exhibit B** is Plaintiff's Grievance Number 23-0559.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on June 10, 2024
White Plains, New York

**JOHN M. NONNA**
Westchester County Attorney
*Counsel for County Defendants*

*Robert Taglia*
By: Robert P. Taglia
Assistant County Attorney
148 Martine Avenue, Suite 600

White Plains, New York 10601<br>
(914) 995-5103<br>
rbta@westchestercountyny.gov

To:     **Jianqiao Lu**
        *Pro se* Plaintiff
        WCDOC
        PO Box 10
        Valhalla, NY 10595-0010