

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

July 16, 2024

Honorable Nelson S. Roman
United States District Judge
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Jianqiao Lu v. George Hermans et al.*
24-01023 (NSR)
Letter in Lieu of Reply

Dear Judge Roman,

The County respectfully submits this letter in lieu of reply papers in the above referenced matter. On June 12, 2024, Plaintiff submitted a letter to the Court stating his reliance on his pre-motion letter in place of opposition papers. Although Plaintiff asked the Court to direct the County to file its motion papers then, no such direction was given. Consequently, the County thought it prudent to wait to file until after the July 10, 2024 opposition paper deadline provided in the original briefing schedule, in case the pro se plaintiff wished to supplement his opposition. The County will file all previous motion documents subsequent to filing this letter.

Respectfully,
JOHN M. NONNA
Westchester County Attorney
By: s/ Robert Taglia
    Robert Taglia
    Assistant County Attorney
(914) 995-5103
rbta@westchestercountyny.gov

CC: Jianqiao Lu (*via Regular Mail*)
WCDOC # 265008
P.O. Box 10
Valhalla, NY 10595-0010