JIANQIAO LU
WCDOC #265008
PO Box 10
Valhalla, NY 10595-0010
lu@luvhermans.com

February 3, 2025

<u>Via Email</u>
The Honorable Nelson S. Román
United States District Judge
c/o Pro Se Intake Unit
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2025
```

      RE:   *Lu v. Hermans*, 7:24-CV-1023 (NSR)

Dear Judge Román:

      I am the *pro se*, incarcerated Plaintiff in the above-referenced action. This is a **third** request that the Court vacate the briefing schedule at ECF 32 and reinstate the motion for reconsideration at ECF 30.

      The Court issued an Opinion and Order on November 7, 2024, granting Defendants' motion to dismiss the instant complaint. (*See* ECF 29.) On November 19, 2024, pursuant to Local Civil Rule 6.3, I moved for reconsideration of that dismissal. (*See* ECF 30.) Defendants promptly opposed my motion on November 22, 2024. (*See* ECF 31.) However, before I could submit my reply, the Court issued a memorandum endorsement on November 25, 2024, denying the motion "without prejudice to renew," "waiv[ing] the Pre-Motion Conference," and setting a new briefing schedule on the same motion extending into February 2025. (*See* ECF 32 at 1.) Despite this, on November 29, 2024, I filed my reply to Defendants' opposition, along with a request that the Court deem the motion for reconsideration fully briefed and *sub judice*. Those documents were docketed by the Clerk's Office on December 2, 2024. (*See* ECF 33 & 34.) The following day, I submitted a more detailed letter asking the Court to vacate the superfluous briefing schedule. (*See* ECF 35.) **To date, however, the Court has not addressed these requests.**

**MEMO ENDORSED**

**See pg. 2**

For much the same reasons stated in my December 3, 2024 letter, I maintain that my motion for reconsideration was timely filed, fully briefed, and in compliance with all applicable Local Civil Rules and this Court's Individual Practices. Given these circumstances, I have not adhered to the briefing schedule set forth at ECF 32, as it appears to serve no purpose other than delay. Accordingly, I respectfully seek clarification from the Court as to whether my motion for reconsideration is under submission and when I may expect a ruling on the merits.

Thank you for your consideration.

Respectfully submitted,
/s/ Jianqiao Lu
Jianqiao Lu[1]

cc: Westchester County Attorney's Office
Robert P. Taglia, Assistant County Attorney

**The Court DENIES *pro se* Plaintiff's request to vacate the briefing schedule at ECF No. 32. *Pro se* Plaintiff failed to adhere to this Court's individual rules by not seeking leave to file a Motion for Reconsideration. As a result, this Court denied *pro se* Plaintiff's Motion for Reconsideration at ECF No. 30, waived the pre-motion conference, and set a briefing schedule to ensure that the parties were both given proper notice and time to prepare materials. Notwithstanding, the Court has received the necessary supporting materials to consider *pro se* Plaintiff's Motion for Reconsideration at ECF No. 30 fully briefed and will issue an opinion in due time. The Clerk of Court is respectfully directed to mail a copy of this endorsement to *pro se* Plaintiff and show service on the docket.**

**Dated: February 4, 2025**
**White Plains, New York**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

---

[1] This document has been telephonically transcribed and prepared by a nonincarcerated individual under my direction. *See* Instructions: Email Pro Se Filings (April 2021), available at https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf (permitting typed signatures and third-party emails).