JIANQIAO LU

WCDOC #265008
PO Box 10
Valhalla, NY 10595-0010
lu@luvhermans.com

November 26, 2025

<u>Via Email</u>
The Honorable Nelson S. Román
United States District Judge
c/o Pro Se Intake Unit
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

>    RE:    ***Lu v. Hermans***, 7:24-CV-1023 (NSR)
>           <u>**Request for Entry of Final Judgment**</u>

Dear Judge Román:

I am the *pro se*, incarcerated Plaintiff in the above-referenced action. I respectfully submit this letter to request that the Court enter final judgment and close this case.

On November 25, 2025, the Court issued an Opinion and Order denying my motion for reconsideration. (ECF 40.) As stated in my motion (*see* ECF 30 at 5 n.5), should the Court deny reconsideration, I do not intend to file an amended complaint. Instead, I elect to stand on my original pleading (ECF 1) and wish to pursue an appeal of the Court's various decisions in this matter.

Accordingly, I respectfully request that the Court issue an order (1) dismissing the complaint with prejudice and (2) directing the Clerk of Court to close this case and enter judgment on the docket.

[Intentionally left blank]

Thank you for your consideration.

Respectfully submitted,

/s/ Jianqiao Lu

Jianqiao Lu[1]

cc:    Westchester County Attorney's Office
Robert P. Taglia, Assistant County Attorney

---

[1] This document has been telephonically transcribed and prepared by a nonincarcerated individual under my direction. *See* Instructions: Email Pro Se Filings (April 2021), available at https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf (permitting typed signatures and third-party emails).