**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JIANQIAO LU,

                Plaintiff,

       -against-                         24 **CIVIL** 1023 (NSR)

                                      **JUDGMENT**

GEORGE HERMANS, SULAHUDDEN AZIM,
and WETSHCESTER COUNTY,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 2, 2025, the Court is in receipt of pro se Plaintiff's letter, dated November 26, 2025, voluntarily dismissing his Complaint. (ECF No. 41.) The Court has GRANTED Plaintiff's motion and has dismissed his Complaint with prejudice. Judgment is entered in favor of Defendants George Hermans and Sulahuddeen Azim; accordingly, the case is closed.

**Dated:** New York, New York

       December 3, 2025

                                   **TAMMI M. HELLWIG**
                                 _____
                                   **Clerk of Court**

               **BY:**        *K. mango*

                                   _____
                                   **Deputy Clerk**