UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANQIAO LU,

                Plaintiff,

      v.

GEORGE HERMANS, SULAHUDDEEN AZIM, and WESTCHESTER COUNTY,

                Defendants.

**NOTICE OF APPEAL**

No. 24-CV-1023 (NSR)

    Notice is hereby given that Jianqiao Lu, *pro se* Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from:

- The final judgment entered in this case on December 3, 2025;

- The December 2, 2025 Memo Endorsement dismissing the complaint;

- The November 25, 2025 Opinion and Order denying motion for reconsideration;

- The February 4, 2025 Memo Endorsement declining to vacate briefing schedule;

- The November 7, 2024 Opinion and Order dismissing the complaint.

DATED:    December 4, 2025
                Valhalla, New York

                                                Jianqiao Lu
                                                WCDOC #265008
                                                PO Box 10
                                                Valhalla, NY 10595-0010
                                                lu@luvhermans.com